IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NATIONAL LEGAL AND POLICY CENTER, PETER T. FLAHERTY and JAMES "JAMIE" R. TOVAR,<br><br>     Plaintiff,<br><br>vs.<br><br>BERKSHIRE HATHAWAY, INC., WARREN BUFFETT, JOHN DOE 1, and JOHN DOE 2,<br><br>     Defendants. | Case No. 8:24-CV-162<br><br><br>**INDEX OF EVIDENCE<br>IN SUPPORT OF PLAINTIFFS' BRIEF OPPOSING DEFENDANTS' MOTION TO DISMISS** |

COME NOW Plaintiffs National Legal and Policy Center, Peter T. Flaherty, and James "Jamie" Tovar ("Plaintiffs"), and hereby submit this Index of Evidence in support of their Brief opposing Plaintiffs' Motion to Dismiss. Attached to this Index are true and correct copies of the following, to the extent the document/evidence has not been previously filed with this Court:

**Exhibit 1:** Letter from Omaha City's Prosecutor's Office dismissing Mr. Flaherty's criminal trespassing charge.

**Exhibit 2:** Excerpts from the Transcript of the 2023 Annual Meeting of Shareholders.

**Exhibit 3**: Declaration of Peter T. Flaherty dated August 19, 2024.

    Dated this 19th day of August, 2024.

                         NATIONAL LEGAL AND POLICY CENTER,
                         PETER T. FLAHERTY, and JAMES "JAMIE" R.
                         TOVAR, Plaintiffs,

1

By: s/ Thomas J. Monaghan
THOMAS J. MONAGHAN, #12874
STUART J. DORNAN, #18553
Attorneys for Plaintiff
Dornan, Troia, Howard, Breitkreutz,
Dahlquist & Klein PC LLO
1403 Farnam Street, Suite 232
Omaha, Nebraska 68102
Telephone: (402) 884-7044
Fax: (402) 884-7045
Email: tom@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I have electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

**Tara A. Stingley**, tstingley@clinewilliams.com
**Isaiah J. Frohling**, ifrohling@clinewilliams.com
Attorneys for Defendants Berkshire Hathaway Inc. and Warren Buffett

**Bryce L. Friedman,** bfriedman@stblaw.com
**Meredith Karp,** Meredith.karp@stblaw.com
Attorneys for Defendants Berkshire Hathaway Inc. and Warren Buffett

and I hereby certify that I have electronically served (via email) the document to the following non CM/ECF participants:

N/A

s/ Thomas J. Monaghan
Thomas J. Monaghan, #12874

2