

City of Omaha
Jean Stothert, Mayor

May 18, 2023

Law Department

Prosecution Division

Hall of Justice
1701 Farnam Street, Suite #200
Omaha, Nebraska 68183
(402) 444-5290

Kevin J. Slimp
City Prosecutor

PETER T FLAHERTY

ARLINGTON, VA 22213

RE:  State of Nebraska v. PETER T FLAHERTY
     Citation No. K1195915

Dear Mr./Mrs. FLAHERTY:

On May 6, 2023, you received the above-referenced citation. Your appearance is not required for the court date on the 22nd of May, 2023 at 01:30 PM as indicated on your citation.

Based on the information provided, we have decided to exercise our discretion and to dismiss the above charge(s). Be advised that this action is not a decision on the merits of your case. It does not establish a precedent nor does it give you an exemption from future tickets. This pertains only to the above listed citation/arrest.

Yours truly,

*Brent Quandt*

BRENT D QUANDT
City Prosecutor's Office

Exhibit 1

## Report on the Issuance of Ban and Bar Letter

The undersigned gave a Ban and Bar Letter to **Peter T. Flaherty** as follows:

1. Name of property: **455 No. 10th St Omaha NE**
2. Description of property or street address: **CHI OMAHA**
3. Today's date & time: **May 6th, 2023**
4. Ending date (optional): **May 13th, 2025**
5. Reason(s) for the Ban and Bar Letter: **Refusal to Leave**
6. Reason the trespasser gave for being on the property, if any: **Shareholder Meeting**
7. Did the trespasser sign a copy of the Ban and Bar Letter? Yes ☐ No ☐
8. Name(s) and serial number(s) of police officer(s) present: **D. Ackerson 1522**
9. Was a police report made? Yes ☒ No ☐  If yes, what is the RB#: **AS97443**
10. Names and addresses of other witnesses present (if any): **Chris Thompson / Dan Clare**
11. Physical description of trespasser:
    Date of birth: ___  Height: **5'9**  Weight: ___
    Sex: **M**  Eyes: **HAZ**  Hair: **GRY**
    Physical identifiers: **glasses**  Street name and/or alias: ___
12. Address given by trespasser (if any): **Arlington VA**

Attach a photo if possible. Keep a copy of the Ban and Bar Letter and this report readily available. The Police Department will not keep these reports on file.

Signature of Person Making Report