U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                            **Case Number**:

  **National Legal and Policy Center v.**     8:24cv162
  **Berkshire Hathaway Inc., Warren**
  **Buffett, John Does 1, and John Does 2**

**Appellant**:

  **National Legal and Policy Center,**
  **Peter T. Flaherty, and James R. Tovar**

**Attorney(s)**:

  **Stuart J. Dornan**
  **Thomas J. Monaghan**
  **DORNAN, TROIA LAW FIRM**
  **1403 Farnam Street**
  **Suite 232**
  **Omaha, NE 68102**
  **(402) 884-7044**

**Appellee**:

  **Berkshire Hathaway Inc., Warren**
  **Buffett**

**Attorney(s)**:

**Bryce Friedman**
**SIMPSON, THACHER LAW FIRM**
**425 Lexington Avenue**
**New York, NY 10017**
**212-455-5000**

**Meredith Karp**
**SIMPSON, THACHER LAW FIRM**
**425 Lexington Avenue**
**New York, NY 10017**
**212-455-2000**

**Tara A. Stingley**
**CLINE, WILLIAMS LAW FIRM - OMAHA**
**12910 Pierce Street**
**Suite 200, Sterling Ridge**
**Omaha, NE 68144-1105**
**(402) 397-1700**

**Isaiah J Frohling**
**CLINE, WILLIAMS LAW FIRM - LINCOLN**
**233 South 13th Street**
**1900 US Bank Building**
**Lincoln, NE 68508-2095**
**402-474-6900**

**Court Reporter(s):**

N/A

**Please return files and documents to:**

Omaha

**Person to contact about the appeal:**

Nicki Wenzl

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Paid | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| Retained | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only:**

**Is defendant incarcerated?** N

**Where?**  | N/A

**Please list all other defendants in this case if there were multiple defendants**

N/A

**Special Comments**: