# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-3448

National Legal and Policy Center, et al.

Appellants

v.

Berkshire Hathaway, Inc. and Warren Buffet

Appellees

John Doe 1 and John Doe 2

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:24-cv-00162-BCB)

---

## MANDATE

In accordance with the judgment of December 10, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 03, 2025

Acting Clerk, U.S. Court of Appeals, Eighth Circuit